**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,           )<br>                                              )<br>            Plaintiff,            )<br>                                              )<br>vs.                                       )<br>                                              )<br>David Uriarte,                       )<br>                                              )<br>            Defendant.          )<br>                                              )<br>_____) | CR-06-50106-1-PHX-DGC<br><br>**MENTAL TREATMENT<br>AND TRANSPORTATION<br>ORDER** |

This is the time set for status hearings re: mental competency, preliminary revocation and detention. The Government is represented by AUSA Darcy Cerow. Defendant is present and is represented by counsel, Gregory A. Bartolomei. Proceedings are electronically recorded.

On June 2, 2008, the undersigned Magistrate Judge granted defense counsel's oral motion to determine competency. (docket # 24) Defendant was timely evaluated for mental competency by Kathryn A. Menendez, Ph.D., a Board certified psychologist in Phoenix. Both counsel represent that they have reviewed a copy of Dr. Menendez' sealed forensic psychiatric report, dated June 13, 2008, which concludes that Defendant "is incompetent to proceed, yet restorable." (docket # 28-2 at 8)

Defense counsel orally moves that Defendant be hospitalized by the Bureau of Prisons and medical efforts and treatment undertaken to restore Defendant to competency. The Government has no objection. Both counsel and Defendant expressly consent on the

record that the undersigned enter the appropriate order pursuant to 28 U.S.C. § 636(b)(1)(A) and (b)(3), LRCrim 57.6(d)(8),[1] and the broad interpretation recently given 28 U.S.C. § 636(b)(3)[2] by the Supreme Court with express consent in *Gonzalez v. United States*, ___ U.S. ___, 128 S.Ct. 1765 (2008) (express consent by defense counsel suffices to permit United States magistrate judge to preside over jury selection in felony trial).

There being no opposition to the oral motion by defense counsel and reasonable cause appearing that Defendant is suffering from a mental disease or defect,

**IT IS ORDERED** that the Defendant's oral motion for hospitalization and treatment is **GRANTED**. Pursuant to 18 U.S.C. §4241(b) and (d)(1), Defendant is hereby committed to the custody of the Attorney General for hospitalization and psychiatric treatment in a suitable health care facility for a reasonable period of time, **not to exceed four (4) months**, as is necessary to determine whether there is a substantial probability that in the foreseeable future Defendant will attain the mental capacity to permit these criminal proceedings to proceed; and for such an additional reasonable period of time upon timely written request by the health care facility for good cause shown until Defendant's mental condition is so improved that court proceedings may proceed against him according to federal law, whichever is earlier.

In an effort to facilitate and expedite BOP's treatment of Defendant and thereby reduce the cost and amount of time Defendant is at its medical facility, the Bureau

---

[1] Local Rule 57.6(d)(8) provides:
> (8) Enter orders for examination to determine mental competency; hold hearings and conduct examinations to determine mental competency; and enter orders determining mental competency except any motion to involuntarily medicate a defendant in an effort to restore competency.

LRCrim 57.6(d)(8)

[2] Title 28 U.S.C. § 636(b)(3) indicates that "(3) A magistrate judge may be assigned such additional duties as are not inconsistent with the Constitution and laws of the United States."
Title 28 U.S.C. § 636(b)(3)

1 of Prisons and its medical personnel may obtain a true and complete copy of Dr. Menendez'
2 sealed forensic psychiatric report, dated June 13, 2008, by contacting defense counsel
3 directly at (602) 382-2700 (phone) and (602) 382-2800 (fax).

4 A psychiatric or psychological report shall be timely filed with the Court
5 pursuant to the provisions of § 4247(b) and (c), advising, at a minimum, (1) whether
6 Defendant has been restored to competency, (2) whether Defendant has voluntarily taken
7 medication and, if so, the identity and dosage of such medication that will maintain
8 Defendant's competency *pendente lite*, (3) if Defendant has not been restored to competency,
9 a medical recommendation on future treatment or other disposition in accordance with
10 federal law, and (6) whether Defendant presents a danger to the community.

11 **IT IS FURTHER ORDERED** that Defendant shall not be involuntarily
12 medicated, absent his express consent, absent the existence of a true emergency solely for
13 the health and safety of Defendant or BOP's medical personnel in their independent medical
14 judgment or upon further order of the assigned District Judge, the Honorable David G.
15 Campbell.

16 **IT IS FURTHER ORDERED** that upon Defendant's restoration of
17 competency and return to the District of Arizona, the U.S. Marshal Service shall obtain a
18 written list of all prescription medications, if any, including all psychotropic drugs and their
19 dosages administered to Defendant at discharge from his hospitalization and psychiatric
20 treatment and a copy of Defendant's chronological ("chrono") prescription drug history at
21 the subject health care facility and shall provide said records to Corrections Corporation of
22 America, Central Arizona Detention Center, on or before Defendant's physical return for
23 further court proceedings.

24 **IT IS FURTHER ORDERED** that Defendant shall remain temporarily
25 detained until further order of the Court.

26 **IT IS FURTHER ORDERED** that the excludable delay is found to commence
27 on __7/30/08__ pursuant to 18 U.S.C. §3161(h)(1)(A).

28

- 3 -

**IT IS FURTHER ORDERED** that for purposes of judicial continuity, this matter is placed on the undersigned's calendar, rather than the criminal duty magistrate judge's, for status conferences re: mental competency, preliminary revocation and detention for **Monday, December 8, 2008 at 1:30 p.m.**

DATED this 30th day of July, 2008.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge

cc: USMS (e-mailed on 7/30/08). smh

- 4 -